**Order entered December 3, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01297-CV

## IN THE INTEREST OF M.K. AND V.G., CHILDREN

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-30160-2017**

## ORDER

We **REINSTATE** this appeal which we abated to allow the trial court an opportunity to appoint counsel for appellant. At the time of the abatement, the deadline for filing appellant's brief was pending.

Although the requested supplemental clerk's record containing a copy of the order of appointment has not been filed, the Court has been informed that Hannah Stroud was appointed to represent appellant. Accordingly, we **DIRECT** the Clerk of the Court to designate Ms. Stroud as counsel for appellant and **ORDER** appellant's brief be filed no later than December 27, 2018.

/s/ DAVID EVANS
JUSTICE